Motion –
Exhibit 2

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement"), made and effective on the date the last of the parties hereto affixes its signature, is by and between Schaeffler KG, a corporation organized and existing under the laws of the Federal Republic of Germany, having its principal place of business at Industriestrabe 1-3, D-91074 Herzogenaurach, Germany (hereinafter "Schaeffler"), on the one hand; and Brastates Import & Export, Inc., a corporation organized and existing under the laws of the State of Florida, having its principal place of business at 1921 N.E. 153rd Street, North Miami, Florida 33162 (and also doing business at the same address as Brastates Import & Export, Inc., BBI Brastates Bearing Industries, BBI Brastates Bearings, Inc., and Brastates Bearings Industries), and Guilherme C. Moreira, on the other (collectively "BBI" or "Defendants").  Schaeffler and BBI are hereinafter referred to as "the Parties".

WHEREAS, Schaeffler presently is and for many years has been in the business of manufacturing ball bearings and related products in the United States and through the world under the brand names FAG®, INA®, and LUK®, among others.  Schaeffler's use of the trademark FAG® (either itself or through its predecessor's in interest) dates back to at least as early as 1962, and Schaeffler owns several federal trademark registrations, which registrations are in good standing, in full force and effect, and are owned by Schaeffler.

WHEREAS, Defendants are presently, or at certain times in the past have been, involved in the business importing, exporting, distributing, and selling, ball bearing products.

WHEREAS, sometime in early 2008, Defendants came into possession of two roller bearings each packaged in wooden containers bearing the designation FAG, and each having other indicia designating Schaeffler as the manufacturer of such bearings (hereinafter "the Accused Bearings");

WHEREAS, Defendants have offered to sell the Accused Bearings to an entity in Brazil and to export said bearings from Defendants' warehouse in North Miami Beach, Florida, to Brazil;

WHEREAS, Schaeffler learned of the foregoing intended sale and in response sent a representative to Defendants' warehouse facility to examine the Accused Bearings. As a result of that examination Schaeffler was able to determine that the Accused Bearings were not manufactured by Schaeffler and were not genuine Schaeffler products;

WHEREAS, Schaeffler thereafter filed a trademark infringement and unfair competition action against Defendants in the United States District Court for the Southern District of Florida, Miami Division, which action was captioned *Schaeffler KG v. Brastates Import & Export, Inc., et al.*, Civil Action No. 08-20892 (Martinez) (hereinafter "the Action"), and wherein Schaeffler sought and was granted an ex parte Temporary Restraining Order and Seizure Order, which Order was executed by Schaeffler in conjunction with the United States Marshal's Office on April 3, 2008;

WHEREAS, subsequent to the seizure, Defendants entered into a Stipulated Preliminary Injunction, which was So Ordered by the Court on April 14, 2008, and which remains in full force and effect;

WHEREAS, Defendants have denied that the Accused Bearings are unauthorized or are otherwise infringing; and

WHEREAS, the Parties have discussed settlement of their dispute, have agreed that settlement would be in the Parties' best interest, and have further come to an understanding on the terms for such settlement.

**NOWTHEREFORE**, in order to resolve their differences and in consideration of the premises and of the mutual promises and covenants contained herein, and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, Schaeffler and Defendants hereby agree as follows:

1.      Defendants, their related companies and their officers, directors, employees, agents, and each of them, and any and all persons in privity or active concert or participation with them, hereby agree never to import, make, sell, market, advertise, promote or distribute products, in the United States or elsewhere, bearing any of Schaeffler's trademarks (including, without limitation, FAG®, LUK® and/or INA®), or confusingly similar facsimiles thereof, unless such products have been obtained directly from Schaeffler or one of its authorized distributors.

2.      Defendants agree that, in the event there is a breach of the obligations set forth in paragraph 1 hereto, Schaeffler will be immediately entitled to liquidated damages in the amount of fifteen thousand U.S. dollars ($15,000), together with Schaeffler's reasonable attorney's fees associated with the collection of such damages. The foregoing liquidated damages provision shall in no way limit Schaeffler's right to recover any other damages or relief available to it as a result of Defendants' actions, nor shall such damages provision reduce any award to which Schaeffler may be entitled.

3.      Defendants further agree that the bearings currently held by Schaeffler as a result of the seizure on April 3, 2008, shall be released to Schaeffler for disposal in its discretion, and that Defendants shall have no right of recovery from Schaeffler or its representatives therefore.

- 3 -

4.      Within ten (10) days of the date the last of the Parties signs this Agreement, Schaeffler will file the Stipulated Order of Dismissal attached hereto as Exhibit 1.

5.      The invalidity or unenforceability of any provision or portion of this Agreement shall not affect the validity or enforceability of the other provisions hereof.

6.      This Agreement is to be governed by and construed in accordance with the laws of the State of Florida applicable to contracts to be performed within the State of Florida, and as appropriate with the laws of the United States.

7.      As set forth in the Stipulated Order of Dismissal attached hereto as Exhibit 1, the Parties agree that United States District Court for the Southern District of Florida shall retain jurisdiction over this Settlement Agreement in order to enforce the terms hereof.

8.      This Agreement constitutes the entire agreement between the Parties with respect to the subject matter contained herein.  This Agreement shall not be modified except in writing, signed by the Parties.

9.      This Agreement shall inure to the benefit of and be binding upon Schaeffler and each of the Defendants, as well as upon their principals, parents, subsidiaries, affiliates, successors in interest, assigns, and everyone else claiming by or through any of the foregoing.



**IN WITNESS WHEREOF**, the Parties have executed this Agreement and intend

to be legally bound thereby.

BRASTATES IMPORT & EXPORT, INC.                SCHAEFFLER KG

By:_____                   By:_____

Name: GUILHERME C MOREIRA                       Name: Robert Schullan

Title: PRESIDENT                                Title: President Schaeffler Group Indust

Date: JUNE 24 2008                              Date: July 11 2008

GUILHERME C. MOREIRA  Individually              By:_____
                      + for
                      Brastates                 Name: Jes Carstensen
                      Import +
Date: JUNE 24, 2008   Export,                   Title: Director Intellectual Prop
                      Inc.
                                                Date: July 14, 2008

FCHS_WS 2183292_1.DOC

- 5 -

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SCHAEFFLER KG, : | |
| | |
| Plaintiff, : | |
| | |
| v. : | Civil Action No. |
| : | 08-20892 Civ-Martinez |
| | |
| BRASTATES IMPORT & EXPORT, INC., : | |
| BBI BRASTATES BEARING INDUSTRIES : | |
| BBI BRASTATES BEARINGS, INC., : | |
| BRASTATES BEARING INDUSTRIES, and : | |
| GUILHERME C. MOREIRA, : | |
| | |
| Defendants. : | |

**STIPULATED ORDER OF DISMISSAL**

This STIPULATED ORDER OF DISMISSAL is entered into by and between

plaintiff Schaeffler KG ("Schaeffler") on the one hand, and defendants Brastates Import &

Export, Inc., BBI Brastates Bearing Industries, BBI Brastates Bearings, Inc., Brastates Bearing

Industries, and Guilherme C. Moreira (collectively "Defendants"), on the other.  Schaeffler and

Defendants are hereinafter referred to collectively as "the Parties".

The Parties to this Stipulated Order of Dismissal have agreed to resolve the

above-captioned matter, and have entered into a settlement agreement to effectuate the same, a

copy of which is attached hereto as Exhibit A and made part hereof.

IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1.      This Court has jurisdiction over plaintiff Schaeffler KG, over the

Defendants, and over the subject matter at issue.



2.     Each of the Parties shall bear its own costs and attorneys' fees incurred in this lawsuit.

3.     The court shall retain jurisdiction over this matter for the purposes of enforcing the terms of the Settlement Agreement attached hereto as Exhibit A.

4.     The Clerk of Court shall promptly release to Schaeffler or its counsel, the remaining $50,000 presently held by the clerk in support of Schaeffler's motion for an ex parte Temporary Restraining Order.

5.     This action is dismissed with prejudice.

STIPULATED, AGREED AND CONSENTED TO AS TO FORM AND SUBSTANCE:

BRASTATES IMPORT & EXPORT, INC.

By: _____
Name: GUILHERME C. MOREIRA
Title: PRESIDENT

GUILHERME C. MOREIRA

_____
Peter Ticktin, Esq.
Florida Bar Number 897935
pt@trlawoffice.com
THE TICKTIN LAW GROUP, P.A
3700 Coconut Creek Parkway
Suite 160
Coconut Creek, Florida 33066
_____
Counsel for Defendants

SCHAEFFLER KG

By: _____
Name: Robert Schulian    Jes Carstens
Title: Authorized Signatories

Luca R. Bronzi, Esq.
Florida Bar Number: 015628
lrbronzi@hhlaw.com
HOGAN & HARTSON LLP
Mellon Financial Center – 19th FL
1111 Brickell Avenue
Miami, FL 33131
Telephone:   (305) 459-6500
Facsimile:    (305) 459-6550

By:___ /s/Luca R. Bronzi

OF COUNSEL:
Lawrence F. Scinto, Esq.
Timothy J. Kelly, Esq.

- 2 -



FITZPATRICK, CELLA, HARPER
& SCINTO
30 Rockefeller Plaza
New York, New York 10112
Telephone:     (212) 218-2100
Facsimile:      (212) 218-2200

Counsel for Plaintiff Schaeffler KG

- 3 -

**ORDER**

SO ORDERED:


Dated: _____, 2008                        _____
          Miami, Florida                                        U.S. District Judge



FCHS_WS 2184029_1.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
                                        X
SCHAEFFLER KG,                          :
                                        :
                 Plaintiff,             :
                                        :
        v.                              :   Civil Action No.
                                        :   08-20892 Civ-Martinez
                                        :
BRASTATES IMPORT & EXPORT, INC.,        :
BBI BRASTATES BEARING INDUSTRIES        :
BBI BRASTATES BEARINGS, INC.,           :
BRASTATES BEARING INDUSTRIES, and       :
GUILHERME C. MOREIRA,                   :
                                        :
                 Defendants.            :
                                        X
```

**STIPULATED ORDER OF DISMISSAL**

This STIPULATED ORDER OF DISMISSAL is entered into by and between plaintiff Schaeffler KG ("Schaeffler") on the one hand, and defendants Brastates Import & Export, Inc., BBI Brastates Bearing Industries, BBI Brastates Bearings, Inc., Brastates Bearing Industries, and Guilherme C. Moreira (collectively "Defendants"), on the other. Schaeffler and Defendants are hereinafter referred to collectively as "the Parties".

The Parties to this Stipulated Order of Dismissal have agreed to resolve the above-captioned matter, and have entered into a settlement agreement to effectuate the same, a copy of which is attached hereto as Exhibit A and made part hereof.

IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1.      This Court has jurisdiction over plaintiff Schaeffler KG, over the Defendants, and over the subject matter at issue.

2.      Each of the Parties shall bear its own costs and attorneys' fees incurred in this lawsuit.

3.      The court shall retain jurisdiction over this matter for the purposes of enforcing the terms of the Settlement Agreement attached hereto as Exhibit A.

4.      The Clerk of Court shall promptly release to Schaeffler or its counsel, the remaining $50,000 presently held by the clerk in support of Schaeffler's motion for an ex parte Temporary Restraining Order.

5.      This action is dismissed with prejudice.

STIPULATED, AGREED AND CONSENTED TO AS TO FORM AND

SUBSTANCE:

BRASTATES IMPORT & EXPORT, INC.

By:_____
Name: GUILHERME C MOREIRA
Title: PRESIDENT

GUILHERME C. MOREIRA

Peter Ticktin, Esq.
Florida Bar Number _____
pt@trlawoffice.com
THE TICKTIN LAW GROUP, P.A
3700 Coconut Creek Parkway
Suite 160
Coconut Creek, Florida  33066

Counsel for Defendants

SCHAEFFLER KG

By:_____
Name: Robert Schulian    Uwe Gaster
Title: Authorized Signatories

Luca R. Bronzi, Esq.
Florida Bar Number:  015628
lrbronzi@hhlaw.com
HOGAN & HARTSON LLP
Mellon Financial Center – 19th FL
1111 Brickell Avenue
Miami, FL 33131
Telephone:      (305) 459-6500
Facsimile:      (305) 459-6550

By:___ /s/Luca R. Bronzi

OF COUNSEL:
Lawrence F. Scinto, Esq.
Timothy J. Kelly, Esq.

- 2 -

FITZPATRICK, CELLA, HARPER
& SCINTO
30 Rockefeller Plaza
New York, New York 10112
Telephone:     (212) 218-2100
Facsimile:     (212) 218-2200

Counsel for Plaintiff Schaeffler KG

- 3 -

**ORDER**

SO ORDERED:

Dated: _____, 2008
       Miami, Florida

_____
U.S. District Judge

FCHS_WS 2184029_1.DOC

- 4 -