**EXHIBIT 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SCHAEFFLER KG,<br><br>    Plaintiff,<br><br>  v.<br><br>BRASTATES IMPORT & EXPORT, INC.,<br>BBI BRASTATES BEARING INDUSTRIES<br>BBI BRASTATES BEARINGS, INC.,<br>BRASTATES BEARING INDUSTRIES, and<br>GUILHERME C. MOREIRA,<br><br>    Defendants. | Civil Action No.<br>08-20892 Civ-Martinez |

## STIPULATED ORDER OF DISMISSAL

This STIPULATED ORDER OF DISMISSAL is entered into by and between plaintiff Schaeffler KG ("Schaeffler") on the one hand, and defendants Brastates Import & Export, Inc., BBI Brastates Bearing Industries, BBI Brastates Bearings, Inc., Brastates Bearing Industries, and Guilherme C. Moreira (collectively "Defendants"), on the other. Schaeffler and Defendants are hereinafter referred to collectively as "the Parties".

The Parties to this Stipulated Order of Dismissal have agreed to resolve the above-captioned matter, and have entered into a settlement agreement to effectuate the same, a copy of which is attached hereto as Exhibit A and made part hereof.

IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1. This Court has jurisdiction over plaintiff Schaeffler KG, over the Defendants, and over the subject matter at issue.

2. Each of the Parties shall bear its own costs and attorneys' fees incurred in this lawsuit.

3. The court shall retain jurisdiction over this matter for the purposes of enforcing the terms of the Settlement Agreement attached hereto as Exhibit A.

4. The Clerk of Court shall promptly release to Schaeffler or its counsel, the remaining $50,000 presently held by the clerk in support of Schaeffler's motion for an ex parte Temporary Restraining Order.

5. This action is dismissed with prejudice.

STIPULATED, AGREED AND CONSENTED TO AS TO FORM AND SUBSTANCE:

BRASTATES IMPORT & EXPORT, INC.

By:_____
Name: GUILHERME C. MOREIRA
Title: PRESIDENT

Peter Ticktin, Esq.
Florida Bar Number _____
pt@trlawoffice.com
THE TICKTIN LAW GROUP, P.A
3700 Coconut Creek Parkway
Suite 160
Coconut Creek, Florida 33066

Counsel for Defendants

SCHAEFFLER KG

By:_____
Name: Robert Schulian
Title: Authorized Signatories

Luca R. Bronzi, Esq.
Florida Bar Number: 015628
lrbronzi@hhlaw.com
HOGAN & HARTSON LLP
Mellon Financial Center – 19th FL
1111 Brickell Avenue
Miami, FL 33131
Telephone:  (305) 459-6500
Facsimile:   (305) 459-6550

By:___/s/Luca R. Bronzi_____

OF COUNSEL:
Lawrence F. Scinto, Esq.
Timothy J. Kelly, Esq.

- 2 -

2. Each of the Parties shall bear its own costs and attorneys' fees incurred in this lawsuit.

3. The court shall retain jurisdiction over this matter for the purposes of enforcing the terms of the Settlement Agreement attached hereto as Exhibit A.

4. The Clerk of Court shall promptly release to Schaeffler or its counsel, the remaining $50,000 presently held by the clerk in support of Schaeffler's motion for an ex parte Temporary Restraining Order.

5. This action is dismissed with prejudice.

STIPULATED, AGREED AND CONSENTED TO AS TO FORM AND SUBSTANCE:

BRASTATES IMPORT & EXPORT, INC.

By: _____
Name: GUILHERME C. MOREIRA
Title: PRESIDENT

GUILHERME C. MOREIRA

Peter Ticktin, Esq.
Florida Bar Number 887135
pt@trlawoffice.com
THE TICKTIN LAW GROUP, P.A
3700 Coconut Creek Parkway
Suite 160
Coconut Creek, Florida 33066

Counsel for Defendants

SCHAEFFLER KG

By: _____
Name: Robert Schullan   es Carstens
Title: Authorized Signatories

Luca R. Bronzi, Esq.
Florida Bar Number: 015628
lrbronzi@hhlaw.com
HOGAN & HARTSON LLP
Mellon Financial Center – 19th FL
1111 Brickell Avenue
Miami, FL 33131
Telephone:   (305) 459-6500
Facsimile:   (305) 459-6550

By:   /s/Luca R. Bronzi

OF COUNSEL:
Lawrence F. Scinto, Esq.
Timothy J. Kelly, Esq.

- 2 -



FITZPATRICK, CELLA, HARPER
& SCINTO
30 Rockefeller Plaza
New York, New York 10112
Telephone:   (212) 218-2100
Facsimile:   (212) 218-2200

Counsel for Plaintiff Schaeffler KG

- 3 -

**ORDER**

SO ORDERED:

Dated: _____, 2008          _____
       Miami, Florida                         U.S. District Judge

FCHS_WS 2184029_1.DOC

- 4 -